# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **KND Development 51, LLC,** *et al.*, | ) | **Case No. 1:08CV2439** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Christopher A. Boyko** |
| | ) | |
| **vs.** | ) | **Magistrate Judge Nancy A. Vecchiarelli** |
| | ) | |
| **Stratford Health, Inc.,** *et al.*, | ) | |
| | ) | **Stipulation of Dismissal With Prejudice** |
| **Defendants.** | ) | |

Plaintiffs, KND Development 51, LLC, KND Real Estate 15, LLC, and Kindred

Healthcare Operating, Inc., and Defendants, Stratford Health, Inc., Glenwillow Healthcare, LLC,

and Warren L. Wolfson, hereby STIPULATE AND AGREE that the above-referenced matter

should be dismissed, with prejudice, pursuant to the terms of the Release and Settlement

Agreement ("Agreement") entered between and among the parties hereto, each party to bear its

own costs and expenses, including attorneys' fees.

| | |
|---|---|
| /s/Jennifer A. Lesny Fleming | /s/Mark R. Jacobs |
| Steven S. Kaufman (0016662) | Mark R. Jacobs (0071228) |
| steve.kaufman@thompsonhine.com | mjacobs@taftlaw.com |
| Jennifer A. Lesny Fleming (0062083) | **Taft Stettinius & Hollister LLP** |
| jennifer.fleming@thompsonhine.com | 200 Public Square, Suite 3500 |
| **Thompson Hine LLP** | Cleveland, Ohio 44114-2302 |
| 3900 Key Center | (216) 479-6412 (Phone) |
| 127 Public Square | (216) 623-4912 (Fax) |
| Cleveland, Ohio 44114-1291 | |
| (216) 566-5500 (Phone) | **Counsel for Defendants Stratford Health,** |
| (216) 566-5800 (Fax) | **Inc., Glenwillow Healthcare, LLC and** |
| | **Warren L. Wolfson** |
| **Counsel for Plaintiffs KND Development 51,** | |
| **LLC, KND Real Estate 15, LLC, and** | |
| **Kindred Healthcare Operating, Inc.** | |

-2-

Dated:  December 10, 2008

**SO ORDERED:**

s/Christopher A. Boyko
Judge Christopher A. Boyko

December 10, 2008